# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D | N. D. California | 04/26/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>280 South First Street<br>San Jose, California 95113 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer in law | Stanford Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY -1 A 9: 52
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 04/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Stanford Law School (teaching) | $ 10,000 |
| 2. 3/20/06 | U. S. Department of State (stipend for teaching in rule of law program in Taipei, Taiwan) | $ 2,382 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Los Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 04/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☑ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Reber/Russell Co. Stock Fund (assets listed below) | | | | | | | | | |
| 2. Russell Equity I | B | Distribution | K | T | | | | | |
| 3. Russell Tax-Managed Lg Cap Fund | A | Dividend | L | T | | | | | |
| 4. Russell International Cl I | D | Distribution | L | T | | | | | |
| 5. Russell Emerging Markets | B | Distribution | J | T | | | | | |
| 6. Russell Tax Exempt Bond | C | Int./Div. | L | T | | | | | |
| 7. Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 8. Russell Tax-Mgd Mid & Sm Cap Fund | A | Distribution | L | T | | | | | |
| 9. Morgan Stanley Dean Witter IRA #1 (assets listed below) | | | | | | | | | |
| 10. MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 11. Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 12. Van Kampen EAFE Select | A | Dividend | | | sell | 5/25 | K | A | |
| 13. Morgan Stanley Bank | A | Interest | K | T | buy | 5/25 | K | | |
| 14. John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 15. Morgan Stanley Dean Witter IRA #2 (assets listed below) | | | | | | | | | |
| 16. MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 17. Morgan Stanley Bank | A | Interest | J | T | buy | 5/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☑ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 19. Pioneer Mid-Cap Fund | B | Dividend | K | T | | | | | |
| 20. John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 21. MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 22. MS Spectrum Select | A | Dividend | J | T | | | | | |
| 23. MSDW Stock Fund #1 (see part VIII) | | | | | | | | | |
| 24. MSDW Stock Fund #2 (assets listed below) | | | | | | | | | |
| 25. Santa Clara Elec B | A | Interest | J | T | | | | | |
| 26. US Tsy Bd Fed Str | A | Interest | J | T | sell | 5/25 | K | | |
| 27. MSIF US Real Estate Port A | A | Distribution | J | T | buy | 5/25 | J | | |
| 28. MSIF Tr US Small Cap Val Instr | B | Distribution | K | T | buy | 5/25 | J | | |
| 29. MSDW Active Assets | A | Interest | J | T | | | | | |
| 30. International Value Equity Fund | C | Distribution | K | T | | | | | |
| 31. Mid-Cap Value Fund D | B | Distribution | K | T | | | | | |
| 32. MSIF Fixed Income Port Inst | A | Dividend | K | T | | | | | |
| 33. MSIF Tr Ltd Duration Inst | A | Dividend | K | T | | | | | |
| 34. MSIF Emerging Markets | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Van Kampen EAFE Select | B | Distribution | K | T | | | | | |
| 36. Wachovia Securities Stock Fund #1 (see part VIII) | | | | | | | | | |
| 37. Wachovia Securities Stock Fund #2 (assets listed below) | | | | | | | | | |
| 38. Blackrock Europe Fund (formerly Europe Fund) | C | Distribution | J | T | | | | | |
| 39. S&P Mid-Cap | A | Dividend | J | T | | | | | |
| 40. Nasdaq 100 SHS | A | Dividend | J | T | | | | | |
| 41. Spdr Tr United Ser 1 | A | Dividend | K | T | | | | | |
| 42. Scudder New Asia Fund Inc | C | Distribution | | | sell | 4/26 | J | A | |
| 43. DWS Emerging Mkts Equity | B | Distribution | J | T | buy | 4/26 | J | | |
| 44. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 45. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 46. Ice Lakes Lodge, Inc. common stock | | None | | | sell | 3/31 | J | | Ice Lakes Lodge, Inc. |
| 47. Nortel Networks, Inc. common stock | | None | K | T | | | | | |
| 48. LTCQ, Inc. common stock | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ●=Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The stock funds identified on lines 23 and 36 of Part VII, the holdings of which were reported at lines 23-43 and 64-69 of Part VII of my 2005 report, are no longer reportable because the owner of the funds is no longer my dependent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ___4/26/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544